

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2019

No. 04-19-00238-CV

**PREMIEANT INCORPORATED D/B/A PREMIEANT,**
Appellants

v.

Constance **SNOWDEN,** as next Friend and Legal Guardian of Annette Snowden, an
incapacitated Person,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14231
The Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellee's first motion for extension of time is GRANTED. Appellee's brief is due July 30, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court